AO 91 (Rev. 11/11)  Criminal Complaint

**SEALED**

**FILED**

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

JUL 2 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | **2:15-MJ-0151** **AC** |
| | ) | |
| MICHAEL CAREY CLEMANS | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of **Between May 4, 2015 and May 27, 2015** in the county of **Sacramento** in the **Eastern** District of **California**, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a), (c), (e) | Attempted Production of Child Pornography |
| | Conspiracy to Produce Child Pornography |
| 18 U.S.C. § 2252(a)(2) | Attempted Receipt of Child Pornography |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
_Complainant's signature_

SCOTT A.H. SCHOFIELD, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 7/22/15

_____
_Judge's signature_

City and state: Sacramento CA

Allison Claire, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT AND CRIMINAL COMPLAINT

I, Scott A. H. Schofield, a Special Agent (SA) with Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I have been employed as a Special Agent of FBI since 2004, and am currently assigned to the Violent Crimes Against Children Squad in the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have received training in the area of identifying and investigating child pornography and child exploitation crimes, and as part of my duties have observed and reviewed numerous examples of child pornography in all forms of media, including computer media. In the course of my employment, I have participated in many search warrants in connection with child exploitation matters and other violations involving businesses and residences. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252A, and 2422(b), and I am authorized by the Attorney General to request a search warrant.

2.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises known as **700 Blackmer Circle, Sacramento, California  95825 (SUBJECT RESIDENCE)**, which is more specifically described in Attachment A, for contraband and evidence, fruits, and instrumentalities of violations of Title 18, United States Code §§ 2251(a), (c), and (e) (production and attempted production of child pornography, and conspiracy to produce child pornography); and 18 U.S.C. §

1

2252(a)(1) (attempted receipt of a visual depiction of a minor engaged in sexually explicit conduct), which items are more specifically described in Attachment B.

3.      In addition, this affidavit seeks to establish probable cause for the issuance of a criminal complaint and arrest warrant, charging **Michael Carey CLEMANS** with Receipt of Child Pornography, in violation of Title 18, United States Code § 2252(a)(2); Conspiracy to Produce Child Pornography and Attempted Production of Child Pornography, in violation of Title 18, United States Code §§ 2251(a), (c), and (e), in conjunction with Title 18, United States Code § 2.

4.      The statements in this affidavit are based in part on information provided by the FBI's Major Case Coordination Unit (MCCU) in Linthicum, Maryland and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of showing probable cause to secure search and arrest warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband and evidence, fruits, and instrumentalities of the above listed violations are located at the SUBJECT PREMISES, and that the violations listed in Paragraph 3 were committed by **Michael Carey CLEMANS**. Unless specifically indicated, all conversations and statements described in this Affidavit are related in substance and in part.

## STATUTORY AUTHORITY

5.      As noted above, this investigation concerns alleged violations of the following:

a.      Title 18, United States Code, Sections 2251(a) and (e) prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage

2

in, or having a minor assist any other person to engage in, or transporting any minor in or affecting interstate or foreign commerce, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or attempting or conspiring to do so.

b.      Title 18, United States Code, Sections 2251(c) and (e) prohibit any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or who has a minor assist any other person to engage in, any sexually explicit conduct outside of the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct, where (A) the person intends such visual depiction to be transported to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail; or (B) the person transports such visual depiction to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail, or attempting or conspiring to do so.

3

c.      Title 18, United States Code, Sections 2252(a)(2) and (b)(1) prohibit any

person from knowingly receiving or distributing, or attempting or conspiring to receive or

distribute, any visual depiction using any means or facility of interstate or foreign

commerce, or that has been mailed or shipped or transported in or affecting interstate or

foreign commerce, or which contains materials which have been mailed or so shipped or

transported, by any means including by computer, or knowingly reproduces any visual

depiction for distribution using any means or facility of interstate or foreign commerce,

or in or affecting interstate or foreign commerce or through the mails, if the production of

such visual depiction involved the use of a minor engaging in sexually explicit conduct

and such visual depiction is of such conduct.

## DEFINITIONS

6.      The following definitions apply to this Affidavit and Attachment B:

a.      "Chat," as used herein, refers to any kind of text communication over the

Internet that is transmitted in real-time from sender to receiver. Chat messages are

generally short in order to enable other participants to respond quickly and in a format

that resembles an oral conversation. This feature distinguishes chatting from other text-

based online communications such as Internet forums and email.

b.      "Child Erotica," as used herein, means materials or items that are sexually

arousing to persons having a sexual interest in minors but that are not necessarily, in and

of themselves, obscene or that do not necessarily depict minors in sexually explicit poses

or positions.

4

c.     "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

d.     "Computer," as used herein, refers to "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes mobile phones and devices. *See* 18 U.S.C. § 1030(e)(1).

e.     "Computer hardware," as used herein, consists of all equipment that can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including keyboards, printers, video display monitors, and related communications devices such as cables and connections); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including physical keys and locks).

5

f.      "Computer passwords and data security devices," as used herein, consist of information or items designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates what might be termed a digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

g.      "Computer-related documentation," as used herein, consists of written, recorded, printed, or electronically stored material that explains or illustrates how to configure or use computer hardware, computer software, or other related items.

h.      "Computer software," as used herein, is digital information that can be interpreted by a computer and any of its related components to direct the way it works. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

i.      A provider of "Electronic Communication Service" ("ESP"), as defined in 18 U.S.C. § 2510(15), is any service that provides to users thereof the ability to send or receive wire or electronic communications. For example, "telephone companies and electronic mail companies" generally act as providers of electronic communication services. See S. Rep. No. 99-541 (1986), reprinted in 1986 U.S.C.C.A.N. 3555, 3568.

6

j. "File Transfer Protocol" ("FTP"), as used herein, is a standard network protocol used to transfer computer files from one host to another over a computer network, such as the Internet. FTP is built on client-server architecture and uses separate control and data connections between the client and the server.

k. "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer to access the Internet. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

l. "Internet Service Providers" ("ISPs"), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment.

m. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

n. "Records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade, photographic, mechanical, electrical, electronic, or magnetic form.

7

     o.      "Remote Computing Service" ("RCS"), as defined in 18 U.S.C. § 2711(2), is the provision to the public of computer storage or processing services by means of an electronic communications system.

     p.      "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

     q.      "Short Message Service" ("SMS"), as used herein, is a service used to send text messages to mobile phones. SMS is also often referred to as texting, sending text messages or text messaging. The service allows for short text messages to be sent from one cell phone to another cell phone or from the Web to another cell phone.

     r.      "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

     s.      "Webcam," as used herein, refers to a front-facing video camera that attaches to a computer or that is built into a laptop or desktop screen. It is widely used for video calling as well as to continuously monitor an activity and send it to a Web server for public or private viewing. Webcams generally have a microphone built into the unit or use the computer's microphone for audio.

8

## BACKGROUND ON THE NATIONAL CENTER FOR
## MISSING AND EXPLOITED CHILDREN'S CYBERTIPLINE

7.      Based on my training and experience, and publicly-available information, I know that the National Center for Missing and Exploited Children ("NCMEC") is a nonprofit, nongovernmental organization in Alexandria, Virginia, that works with law enforcement on issues related to missing and sexually exploited children.  One of the services provided and administered by NCMEC is its CyberTipline, which serves as the national clearinghouse for leads regarding sexual exploitation crimes against children.

8.      In addition to reports from the general public, reports are made by U.S. ESPs and RCSs, which are required by U.S. federal law to report "apparent child pornography" to NCMEC via the CyberTipline (18 U.S.C. § 2258A) if they become aware of the content on their servers. Leads are reviewed by specially-trained analysts, who examine and evaluate the reported content, add related information that may be useful to law enforcement, use publicly available search tools to determine the geographic location of the apparent criminal act, and ultimately provide all of the gathered information to the appropriate law enforcement agency for review and possible investigation.

9.      The CyberTipline receives reports, known as CyberTip reports, on the following type of criminal conduct: possession, manufacture and distribution of child pornography; online enticement of children for sexual acts; child prostitution; sex tourism involving children; child sexual molestation; unsolicited obscene material sent to a child; misleading domain names; and misleading words or digital images on the Internet.

9

10.    The CyberTip reports will vary in detail depending on the nature of the report, and which entity submits it.  The reports can include information (1) relating to the identity of any individual who appears to have violated federal law by committing or attempting to commit the criminal conduct described above; (2) historical information on when or how a customer or subscriber of an ECS or RCS uploaded, transmitted, or received apparent child pornography; (3) geographical information on the involved individual or website, which may include the IP Address or verified billing address or geographic identifying information, including area code or zip code; (4) any images of apparent child pornography; and (5) the complete communication containing any image of apparent child pornography.  *See* 18 U.S.C. § 2258A(b).   Also, as will be illustrated below, CyberTip reports can be supplemented and made in connection with other CyberTip reports.

## BACKGROUND ON CHILD PORNOGRAPHY, COMPUTERS, THE INTERNET, AND EMAIL

11.    I have had both training and experience in the investigation of computer-related crimes.  Based on my training, experience, and knowledge, I know the following:

a.    Computers and digital technology have dramatically changed the way in which individuals interested in child pornography interact with each other.  Computers basically serve four functions in connection with child pornography:  production, communication, distribution, and storage.

b.    Child pornographers can now transfer printed photographs into a computer-readable format with a device known as a scanner.  Furthermore, with the advent of digital cameras and smartphones with cameras, when the photograph is taken it is saved as a digital file that can be directly transferred to a computer by simply

10

connecting the camera or smartphone to the computer.  In the last ten years, the

resolution of pictures taken by digital cameras and smartphones has increased

dramatically, meaning that such have become sharper and crisper.  Photos taken on a

digital camera or smartphone may be stored on a removable memory card in the camera

or smartphone.  These memory cards often store up to 32 gigabytes of data, which

provides enough space to store thousands of high-resolution photographs.  Video

camcorders, which once recorded video onto tapes or mini-CDs, now can save video

footage in a digital format directly to a hard drive in the camera.  The video files can be

easily transferred from the camcorder to a computer.

   c. A device known as a modem allows any computer to connect to another

computer through the use of telephone, cable, or wireless connection.  Electronic contact

can be made to literally millions of computers around the world.  The ability to produce

child pornography easily, reproduce it inexpensively, and market it anonymously

(through electronic communications) has drastically changed the method of distribution

and receipt of child pornography.  Child pornography can be transferred via electronic

mail or through file transfer protocols (FTPs) to anyone with access to a computer and

modem.  Because of the proliferation of commercial services that provide electronic mail

service, chat services (i.e., "Instant Messaging"), and easy access to the Internet, the

computer is a preferred method of distribution and receipt of child pornographic

materials.

   d. The computer's ability to store images in digital form makes the computer

itself an ideal repository for child pornography.  The size of the electronic storage media

<div align="center">11</div>

(commonly referred to as the hard drive) used in home computers has grown tremendously within the last several years. These drives can store thousands of images at very high resolution. In addition, there are numerous options available for the storage of computer or digital files. One-Terabyte external and internal hard drives are not uncommon. Other media storage devices include CDs, DVDs, and "thumb," "jump," or "flash" drives, which are very small devices which are plugged into a port on the computer. It is extremely easy for an individual to take a photo or a video with a digital camera or camera-bearing smartphone, upload that photo or video to a computer, and then copy it (or any other files on the computer) to any one of those media storage devices (CDs and DVDs are unique in that special software must be used to save or "burn" files onto them). Media storage devices can easily be concealed and carried on an individual's person.

     e.     The Internet affords individuals several different venues for obtaining, viewing, and trading child pornography in a relatively secure and anonymous fashion.

     f.     Individuals also use online resources to retrieve and store child pornography, including services offered by Internet Portals such as Yahoo! and Hotmail, among others. The online services allow a user to set up an account with a remote computing service that provides e-mail services as well as electronic storage of computer files in any variety of formats. A user can set up an online storage account from any computer with access to the Internet. Even in cases where online storage is used, however, evidence of child pornography can be found on the user's computer or external media in most cases.

g.     As is the case with most digital technology, communications by way of computer can be saved or stored on the computer used for these purposes.  Storing this information can be intentional, i.e., by saving an e-mail as a file on the computer or saving the location of one's favorite websites in, for example, "bookmarked" files. Digital information can also be retained unintentionally, e.g., traces of the path of an electronic communication may be automatically stored in many places (e.g., temporary files or ISP client software, among others).  In addition to electronic communications, a computer user's Internet activities generally leave traces or "footprints" in the web cache and history files of the browser used.  Such information is often maintained indefinitely until overwritten by other data.

## ONLINE SEXUAL EXPLOITATION OF CHILDREN
## VIA WEBCAM AND THE INTERNET

12.     Based on my training and experience, I know one way in which individuals currently exploit children online is through the use of webcams and live streaming of the sexual abuse of children over the Internet.  Based on my training, and conversations with other agents who have experience working child exploitation investigations with ties to the Philippines, this is a practice that is often utilized in the Philippines and other South East Asia countries, and by individuals residing outside of the Philippines who use the Internet to make contact with child sex traffickers within the Philippines.  I have learned that people outside of the Philippines will use a computer, e-mail, instant messaging chat services, and/or a webcam to arrange for the sexual exploitation of minors in the Philippines.  The requesting individual creates the opportunity by sending payment (through an international money transfer service such as

13

Xoom.com, Western Union, or PayPal) to a third party, such as a family member or a pimp in the Philippines, who can facilitate a live show via webcam in which the child disrobes and/or performs sexually explicit acts in front of a webcam in the Philippines that is broadcasted live over the Internet to the individual abroad.

13.     Individuals who send money to the Philippines in exchange for a sexually explicit webcam show use various means of communicating with the minor victim or a third party over the Internet – such as email and instant messenger programs (like Yahoo! Mail and Yahoo! Messenger) – in order to facilitate the shows.  E-mail and Instant Messenger programs are often used to groom the minor victim and/or to negotiate and plan the webcam shows.

14.     I also know that the purchasing individuals often find ways to capture the sexual abuse and exploitation, either by recording the live shows onto their computers or taking still photographs (including "screen captures" or "screen shots") of the abuse, which can also be stored on the individual's computer or an electronic storage device.

## SPECIFICS OF SEARCH AND SEIZURE OF COMPUTER SYSTEMS

15.     Based upon my training and experience and information related to me by agents and others involved in the forensic examination of computers, I know that computer data can be stored on a variety of systems and storage devices including hard disk drives, floppy disks, compact disks, magnetic tapes and memory chips.  I also know that during the search of the premises it is not always possible to search computer equipment and storage devices for data for a number of reasons, including the following:

a.     Searching computer systems is a highly technical process which requires specific expertise and specialized equipment.  There are so many types of computer

14

hardware and software in use today that it is impossible to bring to the search site all of the technical manuals and specialized equipment necessary to conduct a thorough search. In addition, it may also be necessary to consult with computer personnel who have specific expertise in the type of computer, software application or operating system that is being searched;

b. Searching computer systems requires the use of precise, scientific procedures which are designed to maintain the integrity of the evidence and to recover "hidden," erased, compressed, encrypted or password-protected data.  Computer hardware and storage devices may contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed.  Since computer data is particularly vulnerable to inadvertent or intentional modification or destruction, a controlled environment, such as a law enforcement laboratory, is essential to conducting a complete and accurate analysis of the equipment and storage devices from which the data will be extracted;

c. The volume of data stored on many computer systems and storage devices will typically be so large that it will be highly impractical to search for data during the execution of the physical search of the premises; and

d. Computer users can attempt to conceal data within computer equipment and storage devices through a number of methods, including the use of innocuous or misleading filenames and extensions.  For example, files with the extension ".jpg" often are image files; however, a user can easily change the extension to ".txt" to conceal the image and make it appear that the file contains text.  Computer users can also attempt to

15

conceal data by using encryption, which means that a password or device, such as a "dongle" or "keycard," is necessary to decrypt the data into readable form.   In addition, computer users can conceal data within another seemingly unrelated and innocuous file in a process called "steganography." For example, by using steganography a computer user can conceal text in an image file which cannot be viewed when the image file is opened. Therefore, a substantial amount of time is necessary to extract and sort through data that is concealed or encrypted to determine whether it is evidence, contraband or instrumentalities of a crime.

16.     Based on my own experience and my consultation with other agents who have been involved in computer searches, searching computerized information for evidence or instrumentalities of a crime often requires the seizure of all of a computer system's input and output peripheral devices, related software, documentation, and data security devices (including passwords) so that a qualified computer expert can accurately retrieve the system's data in a laboratory or other controlled environment.   There are several reasons that compel this conclusion:

a.     The peripheral devices that allow users to enter or retrieve data from the storage devices vary widely in their compatibility with other hardware and software. Many system storage devices require particular input/output devices in order to read the data on the system.   It is important that the analyst be able to properly re-configure the system as it now operates in order to accurately retrieve the evidence listed above.   In addition, the analyst needs the relevant system software (operating systems, interfaces, and hardware drivers) and any applications software which may have been used to create

16

the data (whether stored on hard drives or on external media), as well as all related instruction manuals or other documentation and data security devices; and

      b.      In order to fully retrieve data from a computer system, the analyst also needs all magnetic storage devices, as well as the central processing unit (CPU). In cases like the instant one where the evidence consists partly of image files, the monitor and printer are also essential to show the nature and quality of the graphic images which the system could produce. Further, the analyst again needs all the system software (operating systems or interfaces, and hardware drivers) and any applications software which may have been used to create the data (whether stored on hard drives or on external media) for proper data retrieval.

      17.      I know that a digital forensic image is the best possible copy that can be obtained for a piece of digital media. Forensic imaging tools make an exact copy of every accessible piece of data on the original digital media. In general, the data contained on the original media is run through a hashing algorithm as described above, and a hash value for the entire device is generated. Upon completion of the imaging process, the same hash algorithm is run on the imaged copy to insure the copy is an exact duplicate of the original. Upon the completion of the search processes described above, which are performed on the image of the hard drive, the hash algorithm is again run on the image copy to insure no alterations of the data occurred during the examination process.

      18.      In the event that a piece of digital media is found not to be (a) an instrumentality of the offense, (b) a fruit of the criminal activity, (c) contraband, or (d) evidence of the offenses

specified herein, it will be returned as quickly as possible, not to exceed 120 days absent further court authorization.

19.     A 120-day review window is requested due to the delay that may be caused for several reasons. First, the volume of evidence seized in these cases can be immense. Your affiant is aware of cases in which individuals have possessed more than 100,000 images of child pornography on their computer, multiple computers and hard drives, or dozens of storage media upon which contraband images were found. Second, there is a limited pool of personnel capable of conducting a forensic examination consistent with the review protocols outlined herein. Consequently, a complete review of any seized items may not be possible in less time.

20.     I also hereby request judicial authorization to retain copies of all seized storage media after the review is complete. Criminal Procedure Rule 41 specifically states "The officer may retain a copy of the electronically stored information that was seized or copied." Fed. R. Crim. P. 41 (f)(1)(B).

21.     That judicial authorization is justified in this case in part because:

a.   Should the execution of the warrant uncover data that may later need to be introduced into evidence during a trial or other proceeding, the authenticity and the integrity of the evidence and the government's forensic methodology may be contested issues. Retaining copies of seized storage media may be required to prove these facts and the investigator may retain a copy of seized or electronically stored information pursuant to Fed. R. Crim. P. 41(f)(1)(B).

b.   Returning the original storage medium to its owner will not allow for the preservation of that evidence. Even routine use may forever change the data it contains, alter system

18

access times, or eliminate data stored on it.

c.  Because the investigation is not yet complete, it is not possible to predict all possible defendants against whom evidence found on the storage medium might be used. That evidence might be used against persons who have no possessory interest in the storage media, or against persons yet unknown. Those defendants might be entitled to a copy of the complete storage media in discovery. Retention of a complete image assures that it will be available to all parties, including those known now and those later identified. Specifically in this case, based on the nature of P2P file sharing, forensic analysis may identify the user names and screen names of those distributing child pornography to the user of the target computer(s).

d.  The act of destroying or returning storage medium could create an opportunity for a defendant to claim, falsely, that the destroyed or returned storage medium contained evidence favorable to him. Maintaining a copy of the storage medium would permit the government, through an additional warrant if necessary, to investigate such a claim.

e.  Similarly, should a defendant suggest an explanation for the presence of evidence on storage medium or some defense, it may be necessary to investigate such an explanation or defense by, among other things, re-examining the storage medium with that explanation or defense in mind. This may require an additional examination of the storage medium for evidence that is described in Attachment B but was not properly identified and segregated previously.

22.  I have not attempted to acquire the sought after material through any other investigative or judicial process.

19

## SUMMARY OF INVESTIGATION

23.     In late 2014, Xoom.com, an online international money transfer service, and
Yahoo! provided information to law enforcement that eventually led to the discovery of a
conspiracy to produce child pornography for importation into the United States involving
Michael Clemans ("CLEMANS") and Lyan Tandeg ("TANDEG"). CLEMANS is a 55 year-old
United States citizen who lives in Bangkok, Thailand and works as a pilot for a Thai airline that
flies in Southeast Asia. TANDEG is an adult Filipino female who lives in the Philippines.

24.     The conspiracy began in June 2014 when CLEMANS was in Southeast Asia. For
the vast majority of the conspiracy, CLEMANS was located outside of the United States.
However, in April and May 2015, CLEMANS returned to the United States and committed
multiple acts in furtherance of the conspiracy in both San Francisco, California (Northern
District of California) and the TARGET RESIDENCE (Eastern District of California).
CLEMANS' mother resides at the TARGET RESIDENCE, and CLEMANS visits the TARGET
RESIDENCE when he comes to the United States. He also uses the TARGET RESIDENCE as a
shipping address when he purchases merchandise on the internet. CLEMANS is believed to
currently be residing with his mother at the TARGET RESIDENCE.

25.     In short, the conspiracy involved an agreement whereby CLEMANS would send
money to TANDEG, and then TANDEG would locate minor girls in the Philippines, take
sexually explicit photos of these girls, and then send the photos to CLEMANS over the internet.
CLEMANS used his Yahoo! Email and Instant Messenger account "spitzinu@yahoo.com" as a
means of communication with TANDEG. Since June 2014, TANDEG has completed several
sexually explicit photoshoots of multiple prepubescent girls at the request of CLEMANS.

20

CLEMANS also has expressed a strong interest in travelling to the Philippines to have sex with these underage girls.

26.     On April 27, 2015, CLEMANS returned to the United States on a flight into San Francisco International Airport where U.S. Customs and Border Patrol found that CLEMANS had fewer than 100 images of child pornography on his iPad tablet (computer device). CLEMANS told law enforcement in a recorded interview at the airport that he had downloaded the child pornography images from various Chinese websites, that he has no fantasies to have sex with 8 year old girls, that he has never paid any money to obtain child pornography, and that he will never download child pornography ever again.  CLEMANS also said that when he comes to the United States, he stays at his family's residence in Sacramento, California (the TARGET RESIDENCE).  On April 27, 2015, CLEMANS was arrested at the San Francisco International Airport on California State charges of possession of child pornography.

27.     Subsequent investigation revealed that some of those images on CLEMANS' iPad were in fact newly created child pornography images that TANDEG had recently produced for him as part of the conspiracy.

28.     After his arrest, CLEMANS continued the conspiracy with TANDEG.  Multiple times in May 2015, CLEMANS logged into his Yahoo! account from an IP address that traced back to the TARGET RESIDENCE.  During these logins to his Yahoo! Instant Messenger account, CLEMANS told TANDEG that he was arrested and that if convicted, he would not live in the United States any longer.  He said that he wanted to make love to TANDEG and the girls. He also asked that TANDEG send him photos of the 12 year-old girl of whom TANDEG had recently taken photos.  After apparently receiving the files, CLEMANS told TANDEG that the

21

girl was not a virgin because he could not see her hymen in the photos.  CLEMANS also sent

TANDEG money in May 2015 through an online international money transfer service.

## PROBABLE CAUSE

29.     On or about September 19, 2014, Xoom.com, an online international money

transfer service, notified Yahoo! that a number of Yahoo! accounts were engaged in the sale of

child exploitation material, and Xoom.com cited CyberTip reports it had filed with NCMEC on

individuals/accounts it believed had used its service to receive funds for said material.

30.     The Xoom.com CyberTip Reports came to the attention of the Yahoo! Electronic

Crimes Investigative Team (the "ECIT").  The ECIT focuses on identifying and documenting

instances in which Yahoo! services are used in violation of Yahoo!'s Terms of Service, which

include not using Yahoo! services for criminal activity.

31.     On or about October 4, 2014, and on or about December 5, 2014, the ECIT

provided a supplemental report to NCMEC outlining the results of the ECIT investigation that

ensued following notice of the above CyberTip reports by Xoom.com.  Yahoo! reported the

following, among other things:

      a.     The ECIT conducted an investigation and observed that several Yahoo!

electronic accounts, operating from the Philippines, were believed to be "selling images,

video and live-streamed abuse via Yahoo! Mail and Yahoo! Messenger."  These will

hereafter be referred to as "Seller Accounts;"

      b.     Based on Yahoo!'s investigation, it appeared that many or most of the

Seller Accounts contained what Yahoo! described as "child abuse imagery."

22

32.     Based in part on the above, federal search warrants, authorizing the search of

several Seller Accounts, were obtained from the United States District Court for the District of

Columbia and executed on Yahoo! in February 2015.[1]  Soon thereafter, Yahoo! returned records

pursuant to these federal search warrants.

<div align="center">Evidence of the General Conspiracy</div>

26.     I reviewed the records from Yahoo! for the account spitzinu@yahoo.com that

were obtained on June 5, 2015 and I observed the following, among other things:

a.     A Yahoo! Email message dated April 18, 2014 to spitzinu@yahoo.com

from Amazon.com.  The email is a confirmation of a computer ordered by Michael

CLEMANS with a shipping address of 700 Blackmer Circle, Sacramento, CA 95825 (the

TARGET RESIDENCE).

b.     A Yahoo! Messenger chat conversation, dated June 24, 2014, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

appear to first discuss a child pornography production conspiracy.  The conversation

stated in part:

| | |
|---|---|
| spitzinu(14:55:20 (UTC)): | I am getting older now Lyan, but with my age I have not gotten over thinking young. |
| spitzinu(14:55:39 (UTC)): | That is the reason that I have used ACM[2]. |
| lyantandeg (14:55:54 (UTC)): | Okay what do you mean? Continue mike |
| spitzinu(14:56:08 (UTC)): | I think the young girls from Manila are beautiful. |
| spitzinu(14:56:41 (UTC)): | And I have asked many of the Mamasans there to take photos for me. |
| spitzinu(14:57:09 (UTC)): | The reason you could not assist me with this is that |

---

[1]  These federal search warrants remain under seal in the District of Columbia.

[2]  Based upon my training and experience, I know that that ACM likely refers to the website www.asiancammodels.com.  This website features adult females who perform live webcam sex shows, and customers have the ability to provide monetary tips to the models.

<div align="center">23</div>

|  |  |
|---|---|
|  | you have no connections. |
| lyantandeg (14:57:18 (UTC)): | Okay continue mike |
| spitzinu(14:57:46 (UTC)): | You are a good friend, and I would not ask you to consider doing this type of work for me. |
| spitzinu(14:57:59 (UTC)): | It may not even be legal. |
| spitzinu(14:58:22 (UTC)): | I have to be very careful with who I work with. |
| spitzinu(14:58:47 (UTC)): | I am not sure if I should even discuss this with you. |
| spitzinu(14:58:57 (UTC)): | I apologize. |
| lyantandeg (14:59:11 (UTC)): | Okay so you want me to find a girl for you? |
| lyantandeg (14:59:16 (UTC)): | Is that? |
| lyantandeg (14:59:25 (UTC)): | What you want? |
| spitzinu(14:59:48 (UTC)): | Most of the girls found on ACM are working for local Mamasans. |
| spitzinu(15:00:16 (UTC)): | They sell photos to customers that will transfer money via WU [Western Union]. |
| lyantandeg (15:00:24 (UTC)): | Yes most of them have a boss |
| lyantandeg (15:00:39 (UTC)): | Yes i understand |
| spitzinu(15:00:51 (UTC)): | I have made arrangements with their bosses for meetings with the girls. |
| lyantandeg (15:00:59 (UTC)): | Im from ACM and yes all of them want to earn money |
| spitzinu(15:01:14 (UTC)): | My idea is to rent an apartment in Manila. |
| lyantandeg (15:02:01 (UTC)): | So tell me what can i do or help to you mike |
| lyantandeg (15:02:11 (UTC)): | You are a long friend of mine.. |
| spitzinu(15:02:18 (UTC)): | I don't want to travel to Manila and check into hotels or motels that have cameras watching. |
| lyantandeg (15:02:23 (UTC)): | I will help you |
| spitzinu(15:02:31 (UTC)): | It is also expensive. |
| lyantandeg (15:02:35 (UTC)): | Yes i understand that |
| spitzinu(15:03:34 (UTC)): | I could pay you a monthly salary, and pay rental for a house. But this type of work is a little difficult. |
| spitzinu(15:04:00 (UTC)): | I don't know if you might be interested or not. |
| lyantandeg (15:04:22 (UTC)): | Then tell me what is it? |
| spitzinu(15:04:26 (UTC)): | I am talking about young girls here Lyan. |
| lyantandeg (15:04:46 (UTC)): | From thailand? |
| spitzinu(15:05:18 (UTC)): | You can forget anything I am saying, if you would prefer not knowing. |
| lyantandeg (15:05:44 (UTC)): | I want to know |
| spitzinu(15:05:48 (UTC)): | Girls from Manila or provience. |
| lyantandeg (15:06:32 (UTC)): | Okay so you want me to get a young girls? Keep them in apartment for you? |
| lyantandeg (15:06:43 (UTC)): | Is that? |
| spitzinu(15:06:56 (UTC)): | Okay. Here is how it would work. I need a Mamasan that has connections to find the girls and someone I can trust. |
| lyantandeg (15:07:00 (UTC)): | Explain |
| spitzinu(15:07:05 (UTC)): | Yes, Lyan. |

24

spitzinu(15:07:46 (UTC)):   But I am not sure if you have the connections or the ability to do it or not.

lyantandeg (15:08:02 (UTC)):   Then the young girls will make you happy?

spitzinu(15:08:32 (UTC)):   I am willing to pay for their company during my trips there. Yes.

spitzinu(15:08:56 (UTC)):   This is what I have been arranging with others.

spitzinu(15:09:09 (UTC)):   I do not feel I can trust them though.


    c.    A Yahoo! Messenger chat conversation, dated June 25, 2014, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

appear to further discuss the child pornography production conspiracy.  The conversation

stated in part:


lyantandeg (11:51:36 (UTC)): Okay let me know if what your plan is

spitzinu(11:51:39 (UTC)):   the others error.

lyantandeg (11:52:01 (UTC)): I see

spitzinu(11:52:07 (UTC)):   My goal is to rent something that you and I can use to shelter the girls.

spitzinu(11:52:22 (UTC)):   My question is about the 4 girls you spoke with.

spitzinu(11:52:48 (UTC)):   Can these girls recruit younger girls for photos sessions.

spitzinu(11:52:50 (UTC)):   ?

spitzinu(11:52:59 (UTC)):   error again.

spitzinu(11:54:08 (UTC)):   For example: If you could be a manager or Mamasan, and get girls to recruit younger girls for photo shots and for my visits to Manila, we would need a house away from neighbors to do photos in private.

spitzinu(11:54:19 (UTC)):   The photos would be for my use only.

spitzinu(11:54:37 (UTC)):   If your contacts can not do this type of work, I understand.

spitzinu(11:55:03 (UTC)):   It would not be easy to recruit younger girls for photo shots and for my stays in Manila.

spitzinu(11:55:21 (UTC)):   I do not want to stay at a hotel with their security cameras

spitzinu(11:55:39 (UTC)):   and I do not want trouble in an apartment because

25

<div style="margin-left:40%">of neighbors.</div>

lyantandeg (11:55:43 (UTC)): What ages of girl you want?

spitzinu(11:55:53 (UTC)):     Younger, Lyan.

[later in the chat]

spitzinu(12:14:21 (UTC)):     I am looking for girls 10-16

spitzinu(12:14:40 (UTC)):     Even this girl is not virgin.

spitzinu(12:14:45 (UTC)):     :(

spitzinu(12:15:13 (UTC)):     Girls seem to have sex at a very young age now.

spitzinu(12:15:24 (UTC)):     It wasn't this way years ago.

spitzinu(12:15:27 (UTC)):     :(

lyantandeg (12:15:29 (UTC)): Yes

lyantandeg (12:15:43 (UTC)): I understand you mike

spitzinu(12:16:01 (UTC)):     If you don't want to do this, it is okay Lyan.

spitzinu(12:16:12 (UTC)):     I have only been paying for photos so far.

spitzinu(12:16:24 (UTC)):     I have not had sex with underage yet.

lyantandeg (12:16:43 (UTC)): I told you it's easy to find a young girls

lyantandeg (12:17:00 (UTC)): But I don't know how we can start this business

spitzinu(12:17:01 (UTC)):     But saying that, if I have an opportunity with someone beautiful, I will make plans to visit Manila often.

spitzinu(12:17:08 (UTC)):     Okay.

[later in the chat]

spitzinu(12:29:39 (UTC)):     My goal is to find a way to keep my costs down but also pay you a salary for each girl you take photos of.

spitzinu(12:30:08 (UTC)):     I like the idea of having other girls recruit for you but it would be very very expensive to put everyone on a plane.

spitzinu(12:30:32 (UTC)):     How much is the average cost of a house there in manila?

spitzinu(12:30:54 (UTC)):     Not a penthouse but a clean 2 or 3 bedroom house?

spitzinu(12:31:02 (UTC)):     what is a monthly rate?

spitzinu(12:31:14 (UTC)):     for rent not to buy.

spitzinu(12:31:41 (UTC)):     What I see is this:

spitzinu(12:31:55 (UTC)):        1. I need to buy a nice camera for you to use
spitzinu(12:32:26 (UTC)):        2. I need to rent a place for you and Kim and out of
                                 sight of your cousin, she has her own family now
                                 being married.
spitzinu(12:32:59 (UTC)):        3. I will pay each girl $50 for 200 photos. I will pay
                                 more if I choose to have sex with them.
lyantandeg(12:33:01 (UTC)):  yes its a good idea
spitzinu(12:33:18 (UTC)):        4. I need to pay you for each photo session you do.


[later in the chat]


spitzinu(13:23:28 (UTC)):        I know that you do not have the money to pay for it
                                 and that is the reason I am making this investment
                                 with you Lyan.
spitzinu(13:23:37 (UTC)):        I have to get you into a townhouse
spitzinu(13:23:47 (UTC)):        and buy you a camera I can afford
lyantandeg(13:24:09 (UTC)):  yes.. i really need mike.. i will do my very best to
                                 work for this dont worry

[later in the chat]

spitzinu(13:30:33 (UTC)):        I am sending money to Lyan TANDEG, right?
lyantandeg (13:30:50 (UTC)): yes..
spitzinu(13:30:57 (UTC)):        you have id right?
lyantandeg (13:31:08 (UTC)): im glad you still remember my full name
spitzinu(13:31:15 (UTC)):        of course!!
lyantandeg (13:31:16 (UTC)): yes i have passport
spitzinu(13:31:16 (UTC)):        :)
spitzinu(13:31:31 (UTC)):        do you remember mine? :)
lyantandeg (13:31:36 (UTC)): michael clemans.. right?
lyantandeg (13:31:39 (UTC)): :):)
spitzinu(13:31:48 (UTC)):        Very good!!
lyantandeg (13:31:52 (UTC)): :)
spitzinu(13:31:52 (UTC)):        Xxoo
spitzinu(13:31:58 (UTC)):        wait a moment
spitzinu(13:35:29 (UTC)):        Alright Lyan, I have transferred money to you via
                                 Western Union.
spitzinu(13:35:42 (UTC)):        I will give you the details in a moment.
lyantandeg (13:36:01 (UTC)): i think its expensive to transfer money viastern

|  | union |
|---|---|
| spitzinu(13:36:03 (UTC)): | I will be sending you $750 US dollars |
| lyantandeg (13:36:35 (UTC)): | okay i will use the money left to transport in angeles and talk to my friends there |
| spitzinu(13:36:39 (UTC)): | But this is an investment between the two of us and I want you to consider a few things before spending the money. |
| spitzinu(13:36:58 (UTC)): | First, If you feel you do not want to do this, I will not pressure you. |
| lyantandeg (13:37:07 (UTC)): | and i will show you the camera once i bought it |
| lyantandeg (13:37:24 (UTC)): | i really need this oppurtunity mike |
| spitzinu(13:37:24 (UTC)): | I want to be able to get my photos and arrange sex with these underage girls. |
| spitzinu(13:37:38 (UTC)): | I do not want you or me to get into trouble |
| spitzinu(13:37:48 (UTC)): | So we have to be very very careful. |
| spitzinu(13:38:13 (UTC)): | The safety we will have is that we will have a town house away from nosey neighbors. |
| lyantandeg (13:38:26 (UTC)): | i understand and i know about the issue's of prostitution here right now.. so first we need to be carefull while doing this |
| spitzinu(13:38:27 (UTC)): | I do not want you to draw attention to yourself. |
| spitzinu(13:38:56 (UTC)): | It is safer to recruit girls in the villages nearby in the rice fields. |
| spitzinu(13:39:12 (UTC)): | We can pay their parents and return the girls in a week or so. |
| spitzinu(13:39:41 (UTC)): | Before you bring them back to Angeles, I would prefer a couple of photos of the girls dressed. |
| spitzinu(13:40:02 (UTC)): | I am not sure parents would be willing to allow nude sample shots of the girls. |
| spitzinu(13:40:27 (UTC)): | But there are many aunties and the girls that have no parents might be willing for $10. |
| spitzinu(13:40:52 (UTC)): | I would prefer nude samples. But if that is not possible I need full body shots. |
| lyantandeg (13:40:55 (UTC)): | yes i know that mike.. |
| spitzinu(13:41:00 (UTC)): | Okay. |
| spitzinu(13:41:14 (UTC)): | I am sure there are many runaways in the streets at night. |
| spitzinu(13:41:31 (UTC)): | That is okay but I don't want to pick up any disease from these girls. |
| lyantandeg (13:41:38 (UTC)): | yes i will take close up photos also in thier butt,pussy and boobs so you'll know that they are |

28

|  | still virgin |
| spitzinu(13:41:47 (UTC)): | The younger the better because they might be virgin |
| spitzinu(13:41:54 (UTC)): | Yes |
| spitzinu(13:41:56 (UTC)): | okay |
| lyantandeg (13:42:14 (UTC)): | yes its not safe to get girls from streets.. you are my long friend,i want you to be safe also |
| spitzinu (13:42:29 (UTC)): | Lyan, if you want the money to use on a town house now in Angeles, that is also okay. |
| spitzinu (13:42:37 (UTC)): | But we need the camera anyway. |
| spitzinu (13:42:55 (UTC)): | You said you have 3 weeks left on your rental and you can not borrow a camera. |
| spitzinu (13:43:00 (UTC)): | That is okay. |
| spitzinu (13:43:07 (UTC)): | Buy the camera then. |
| spitzinu (13:43:25 (UTC)): | and I will arrange money for a townhouse in Angeles when I get my paycheck. |
| spitzinu (13:43:46 (UTC)): | In the meantime I need you to do some research and start looking for a townhouse. |

[later in the chat]

| spitzinu (13:47:27 (UTC)): | DO NOT share our business information with your friends. |
| spitzinu (13:47:46 (UTC)): | They are in the same business but if word gets out we could be in trouble. |
| spitzinu (13:47:57 (UTC)): | I want to be very careful about this Lyan. |
| spitzinu (13:48:00 (UTC)): | LYAN TANDEG will have to bring a government-issued photo ID and the tracking number (MTCN) 4118512846 to pick up the 32169.56 PHP you sent. They can pick it up at any agent location in the expected payout area. |
| lyantandeg (13:48:21 (UTC)): | yes actually im talking right now in one of my co workers before in angeles via yahoo messenger too.. and she told me she 3 young girls in tarlac.. they are 9,11 and 12 years old.. |
| lyantandeg (13:48:28 (UTC)): | this age is okay for you? |
| spitzinu(13:48:31 (UTC)): | Yes |
| spitzinu(13:48:33 (UTC)): | perfect |
| lyantandeg (13:48:44 (UTC)): | okay so now we already have 3 girls.. |

29

```
spitzinu(13:48:51 (UTC)):      Great Lyan
spitzinu(13:48:52 (UTC)):      :)
```

    d.    A Yahoo! Messenger chat conversation dated June 26, 2014 between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

appear to further discuss the child pornography production conspiracy, which reads in

part:

```
lyantandeg (11:56:20 (UTC)): i look whole day for the camera...
spitzinu(11:56:25 (UTC)):      Okay
spitzinu(11:56:28 (UTC)):      any luck?
lyantandeg (11:56:32 (UTC)): and i already bought it..
spitzinu(11:56:37 (UTC)):      great!
spitzinu(11:56:51 (UTC)):      I hope you found something you love.
lyantandeg (11:56:51 (UTC)): and it was little expensive than i expected..
spitzinu(11:56:57 (UTC)):      Okay
lyantandeg (11:57:03 (UTC)): yes..
lyantandeg (11:57:25 (UTC)): i bought thus one 29,000 with 32gb sd card
lyantandeg (11:57:30 (UTC)): this**
spitzinu(11:57:36 (UTC)):      Okay
lyantandeg (11:57:56 (UTC)): i will show it to you
lyantandeg (11:58:00 (UTC)): just a moment
spitzinu(11:58:01 (UTC)):      okay
spitzinu(11:58:02 (UTC)):      :)
spitzinu(11:59:45 (UTC)):      Looks like a good one Lyan.
spitzinu(12:00:02 (UTC)):      I hope that you understand how to use all the dials.
spitzinu(12:00:03 (UTC)):      :)
spitzinu(12:00:14 (UTC)):      It looks like a beautiful camera.
lyantandeg (12:00:36 (UTC)): yes i have the manual booklet.. and i already used
                             this with my cousin's camera..
spitzinu(12:00:45 (UTC)):      I know you are a good photographer, so you know
                               the difference between an aperature and a shutter
                               speed.
lyantandeg (12:00:55 (UTC)): yeah..:)
spitzinu(12:01:00 (UTC)):      Okay. Great. Good choice Lyan.
spitzinu(12:01:02 (UTC)):      :)
lyantandeg (12:01:24 (UTC)): im excited now to start this business
```

[later in the chat]

spitzinu(12:09:50 (UTC)):      Now that you have a camera that you like and can
                                use, we have completed step 1 of our business
spitzinu(12:10:12 (UTC)):      The next step is getting us a place to live in angeles.

    e.    A Yahoo! Messenger chat conversation dated June 30, 2014 between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

appear to further discuss the child pornography production conspiracy. This reads, in

part:

spitzinu(11:49:08 (UTC)):      Is this girl attractive Lyan?
spitzinu(11:49:18 (UTC)):      Why did you pick her?
spitzinu(11:49:22 (UTC)):      How old?
lyantandeg (11:49:23 (UTC)): yes.. she is only 9 years old
spitzinu(11:49:32 (UTC)):      virgin then?
lyantandeg (11:49:35 (UTC)): my friend recommend her
lyantandeg (11:49:38 (UTC)): yes
spitzinu(11:49:40 (UTC)):      ok
spitzinu(11:49:57 (UTC)):      your friend knows other girls like her?
lyantandeg (11:49:58 (UTC)): so virgin
spitzinu(11:50:02 (UTC)):      ok
lyantandeg (11:50:14 (UTC)): yes and she will find more young girl for you
spitzinu(11:50:20 (UTC)):      okay
spitzinu(11:50:24 (UTC)):      sounds good
spitzinu(11:50:32 (UTC)):      but you will need to recruit too Lyan.

[later in the chat]

spitzinu(11:57:15 (UTC)):      how are you going to talk the parents into having
                                her model for us?
spitzinu(11:57:30 (UTC)):      The more people involved, the more dangerous
                                this becomes.
lyantandeg (11:58:01 (UTC)): its a secret to her parents mike.. thats why after i
                                paid her i will treat her mcdonalds
spitzinu(11:58:09 (UTC)):      okay

31

spitzinu(11:58:14 (UTC)):      sounds good Lyan
spitzinu(11:58:27 (UTC)):      but I will eventually want to fuck some of these
                               girls
spitzinu(11:58:50 (UTC)):      that is the reason for the house
spitzinu(11:58:57 (UTC)):      not in a hotel room
spitzinu(12:00:01 (UTC)):      That was the reason I mentioned orphanages or
                               runaways
lyantandeg (12:00:05 (UTC)):   yes thats why we will rent a h ouse mike..
lyantandeg (12:00:18 (UTC)):   i never forget about this..
spitzinu(12:00:23 (UTC)):      or abandoned girls from the typhoons
lyantandeg (12:00:40 (UTC)):   you know what..
spitzinu(12:00:59 (UTC)):      I just don't want parents to show up at our door
                               with the police.

[later in the chat]

spitzinu(12:02:43 (UTC)):      Maybe you misunderstood me Lyan. I am sorry if I
                               gave you the wrong impression here. I do want
                               photos of the girls but I also want sex with them.
spitzinu(12:02:53 (UTC)):      I can get photos anytime off the internet.
lyantandeg (12:02:57 (UTC)):   yes i know mike..
spitzinu(12:03:10 (UTC)):      Sorry if I mislead you.
spitzinu(12:03:12 (UTC)):      :(

[later in the chat]

spitzinu(13:07:57 (UTC)):      the money is ready for your pickup Lyan.
spitzinu(13:08:09 (UTC)):      I will send you several photos of the position I
                               would like in your photos
spitzinu(13:08:18 (UTC)):      DO NOT be bashful with her.
spitzinu(13:08:29 (UTC)):      She is your model to do what you will.
lyantandeg (13:08:38 (UTC)):   okay mike.. i will check it later.. once i have the
                               iphone of my friend
lyantandeg (13:08:51 (UTC)):   i understand mike
spitzinu(13:08:55 (UTC)):      She has to understand that these photos must be
                               done right and in focus.
spitzinu(13:09:03 (UTC)):      I do not want her moving around
spitzinu(13:09:14 (UTC)):      3.5 megabyte is the minimum
spitzinu(13:09:18 (UTC)):      but in focus
spitzinu(13:09:28 (UTC)):      I can tell the difference.
spitzinu(13:09:29 (UTC)):      :)

spitzinu(13:10:09 (UTC)):          I want you as close to her pussy as possible. I will
                                   send you close up shots of the poses I prefer.
spitzinu(13:10:17 (UTC)):          But you are the photographer.
spitzinu(13:10:29 (UTC)):          That is what I am paying you to do.
spitzinu(13:10:31 (UTC)):          :)
lyantandeg (13:10:37 (UTC)): okay got it mike..


    f.     A Yahoo! email, dated June 30, 2014, from spitzinu@yahoo.com to Seller

Account lyantandeg@rocketmail.com. Attached to the email were multiple photos of

child pornography including one image titled "1271041318989-4.jpg" which depicts a

prepubescent female sitting on a futon spreading her legs wide open and pulling back her

underwear to expose her genitalia. The text of the email was as follows:

> Here are a few more poses I like. :) You can do what you would like with her,
> Lyan. Just some ideas. Make sure she does what you say and take your time to
> be sure each photo is in sharp focus. Experiment with her. I am sure she is very
> flexible at 9 years old.
> Michael Xxoo


    g.     A Yahoo! email, dated July 3, 2014, from Seller Account

lyantandeg@rocketmail.com to spitzinu@yahoo.com. The email was titled "angel's

picture's." Attached to the email were multiple links to download photos from

www.dropbox.com (a photo sharing website). However, the links had expired or the

photos had been removed.  Also on July 3, 2014, spitzinu@yahoo.com sent the

following email reply to lyantandeg@rocketmail.com:

> I am online now.  Lyan
> The photos are looking good.  ☺
> Buzz me.

h.      A Yahoo! Messenger chat conversation, dated July 23, 2014, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

appear to further discuss the child pornography production conspiracy.  The conversation

stated in part:

lyantandeg (13:53:53 (UTC)): Im will send you the pictures soon
spitzinu(13:53:55 (UTC)):      Okay
spitzinu(13:54:00 (UTC)):      Great!!
lyantandeg (13:54:05 (UTC)): Ok i see
spitzinu(13:54:13 (UTC)):      Did she cooperate with you?
spitzinu(13:54:38 (UTC)):      I will communicate with you on the road.
lyantandeg (13:54:44 (UTC)): Yes mike.. But she's not in good condition becouse
                             she has cold..
spitzinu(13:54:56 (UTC)):      I will be staying in a hotel for 8 days.
spitzinu(13:55:00 (UTC)):      :(
lyantandeg (13:55:06 (UTC)): But she still smart
spitzinu(13:55:07 (UTC)):      Ic
spitzinu(13:55:16 (UTC)):      Sick with a cold.
lyantandeg (13:55:24 (UTC)): I see..
lyantandeg (13:55:33 (UTC)): Yes..
lyantandeg (13:55:51 (UTC)): Becouse of rain mike
spitzinu(13:56:09 (UTC)):      Does she seem receptive to having sex?
spitzinu(13:56:17 (UTC)):      Or only photos?
spitzinu(13:56:45 (UTC)):      Does she make the decision or her parents?
lyantandeg (13:56:48 (UTC)): She can have dex
lyantandeg (13:56:51 (UTC)): sex
lyantandeg (13:57:00 (UTC)): Her parents mike
spitzinu(13:57:08 (UTC)):      She is big enough?
spitzinu(13:57:12 (UTC)):      Okay.
lyantandeg (13:57:13 (UTC)): They dont have money for living
spitzinu(13:57:20 (UTC)):      Okay.
lyantandeg (13:57:22 (UTC)): Not much mike
lyantandeg (13:57:31 (UTC)): 9 years old
spitzinu(13:57:53 (UTC)):      So did she have a problem during the photos with
                               her cold?
spitzinu(13:58:05 (UTC)):      Are you okay?
lyantandeg (13:58:23 (UTC)): Yes we give her a break before we start
spitzinu(13:58:29 (UTC)):      I don't want to see you coming down with her cold.

34

lyantandeg (13:58:30 (UTC)): Yes i am
lyantandeg (13:58:46 (UTC)): Im fine mike
lyantandeg (13:58:54 (UTC)): Im very well
spitzinu(13:58:54 (UTC)):     You had the recruiter there again?
lyantandeg (13:58:56 (UTC)): Thanks
spitzinu(13:58:59 (UTC)):     :(
lyantandeg (13:59:01 (UTC)): No
lyantandeg (13:59:09 (UTC)): Were alone
spitzinu(13:59:09 (UTC)):     Ok
spitzinu(13:59:18 (UTC)):     Just you and the girl.
lyantandeg (13:59:19 (UTC)): The young girl and me
spitzinu(13:59:25 (UTC)):     Great!
lyantandeg (13:59:32 (UTC)): Yes
spitzinu(13:59:38 (UTC)):     Which hotel did you use?
spitzinu(13:59:46 (UTC)):     Same one?
lyantandeg (13:59:47 (UTC)): I take her a lots of photos in her vagina
spitzinu(13:59:56 (UTC)):     Great!
lyantandeg (13:59:58 (UTC)): No
spitzinu(14:00:02 (UTC)):     Doggie too?
lyantandeg (14:00:17 (UTC)): I do in another hotel
lyantandeg (14:00:20 (UTC)): Yes
lyantandeg (14:00:25 (UTC)): I did doggie
spitzinu(14:00:27 (UTC)):     Which hotel?
lyantandeg (14:00:44 (UTC)): Hotel near in tarlac
lyantandeg (14:00:49 (UTC)): Its like a house
spitzinu(14:00:51 (UTC)):     Which hotel do you like better?
spitzinu(14:00:58 (UTC)):     Ok
lyantandeg (14:01:01 (UTC)): I take her a photo outside of hotel too
spitzinu(14:01:10 (UTC)):     Ok
spitzinu(14:01:16 (UTC)):     Jacuzzi?
lyantandeg (14:01:44 (UTC)): No jacuzzi mike
spitzinu(14:01:45 (UTC)):     How was registration in the lobby?
lyantandeg (14:01:47 (UTC)): But have shower


i.      A Yahoo! email, dated July 24, 2014, from pauljohny11@yahoo.com to

spitzinu@yahoo.com. The email was titled "hi mike this is me LYAN im using a new

email.." The text of the email was as follows:

35

i use this for our safety.. I will send you pictures I while

j.      A Yahoo! email, dated July 24, 2014, from pauljohny11@yahoo.com to
spitzinu@yahoo.com.  The email was titled "angel." Attached to the email were multiple
links to download photos from www.dropbox.com (a photo sharing website).  I am aware
that FBI Special Agent Douglas Macfarlane downloaded these images using these links,
and I have reviewed the images downloaded.  All of the images depict a prepubescent
Asian female, and most of the images depict child pornography.  As an example, I saw an
image titled "ElEwY_OoxosCntMrIcGvHkIjvcpJlgXlGvAhvo6uo34.jpg" which depicted
a prepubescent female laying nude on a bed with her legs spread wide open, exposing her
genitalia.

k.      A Yahoo! Messenger chat conversation, dated September 7, 2014,
between Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which
they discuss spitinu@yahoo.com's employment.  The conversation stated in part:

```
lyantandeg(01:24:53 (UTC)): If you are a pilot i think you have discount right?
spitzinu(01:25:05 (UTC)):    No discount.
lyantandeg(01:25:14 (UTC)): I see
spitzinu(01:25:20 (UTC)):    Maybe if I flew with a larger airline.
lyantandeg(01:25:26 (UTC)): Becouse my cousins boyfriend have a discount
lyantandeg(01:25:35 (UTC)): Even a flight attendant only
lyantandeg(01:25:38 (UTC)): I see
spitzinu(01:25:40 (UTC)):    I fly for a small unknown airline in Bangkok
```

l.      A Yahoo! Messenger chat conversation, dated September 9, 2014,
between Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which
they discuss spitzinu traveling to the Philippines to have sex with minors.  The
conversation stated in part:

36

spitzinu(09:40:19 (UTC)):        Well, I definitely want Angel.

lyantandeg (09:41:04 (UTC)): Okay then i will talk to angel mike

lyantandeg (09:41:06 (UTC)): :)

lyantandeg (09:41:13 (UTC)): Nicole is good too

spitzinu(09:41:13 (UTC)):        The parents explain that the girls could not attend
                                 for a couple days as they are being paid.

lyantandeg (09:41:48 (UTC)): They are asking if how much you will paid

spitzinu(09:41:54 (UTC)):        I do not want school to become an issue or I can
                                 not come.

lyantandeg (09:42:19 (UTC)): You can come mike

lyantandeg (09:42:21 (UTC)): Anytime

spitzinu(09:42:40 (UTC)):        I can not be sitting in a hotel wondering if i will see
                                 young or not.

lyantandeg (09:42:50 (UTC)): But its ky suggestion that you wont enjoy becouse
                                 they cant stay with you longer

lyantandeg (09:42:58 (UTC)): Of course

spitzinu(09:44:19 (UTC)):        I want to stay with a girl for one or two full days
                                 only. I do not want to rush to break their hymens.

spitzinu(09:44:41 (UTC)):        I do not want it to be traumatic because we are in a
                                 rush.

spitzinu(09:45:01 (UTC)):        Afterwords, I need you to take photos of us.

spitzinu(09:45:51 (UTC)):        Maybe I am asking too much but one month a year
                                 is not workable for me.

spitzinu(09:45:54 (UTC)):        :(

lyantandeg (09:46:40 (UTC)): I understand..

spitzinu(09:46:43 (UTC)):        I am looking for girls that are homeless that will not
                                 argue and have no obligation but have sex.

lyantandeg (09:46:53 (UTC)): And this what im thinking too

spitzinu(09:47:15 (UTC)):        School can not be an issue.

lyantandeg (09:47:24 (UTC)): If thier hymen break we will bring to the hospital
                                 too:( im afraid of that

lyantandeg (09:47:49 (UTC)): Yes of course not

spitzinu(09:47:52 (UTC)):        If I am delayed, I would rather have sex with the
                                 girls in Thailand.

spitzinu(09:48:08 (UTC)):        I can get the same ages there.

lyantandeg (09:48:10 (UTC)): Why?

lyantandeg (09:48:29 (UTC)): Delayed? Are you in rush?

spitzinu(09:48:46 (UTC)):        My intention is to break their hymens of course.

lyantandeg (09:48:56 (UTC)): I see

spitzinu(09:49:36 (UTC)):        Lyan, if I only have 3 or 4 days during this return
                                 trip, yes.

37

spitzinu(09:49:44 (UTC)):        I will be in a rush.

spitzinu(09:50:27 (UTC)):        I might have more time on a future trip during my leave.

lyantandeg (09:50:35 (UTC)):     No what i mean why are you in rush to do it,becouse you told me you dont want to delayed thats why you will have sex on thailand instead

spitzinu(09:50:44 (UTC)):        School can not be an issue for me.

lyantandeg (09:51:21 (UTC)):     Yes

lyantandeg (09:51:38 (UTC)):     Okay

spitzinu(09:51:40 (UTC)):        We I have sex with Angel, I do not plan on breaking her hymen in 5 minutes.

lyantandeg (09:51:46 (UTC)):     I understand

spitzinu(09:51:55 (UTC)):        I want to make love to her lovingly.

spitzinu(09:52:18 (UTC)):        I will have to use some force doing anal though.

spitzinu(09:52:51 (UTC)):        That is the reason I have to find a quiet hotel away from people hearing us.

lyantandeg (09:53:02 (UTC)):     I see

spitzinu(09:53:27 (UTC)):        Maybe this is too much of an issue now, Lyan.

lyantandeg (09:53:54 (UTC)):     How if they need to bring in hospital?

spitzinu(09:54:19 (UTC)):        I had good intentions to take care of the girls but availability on my schedule has become an issue.

spitzinu(09:54:41 (UTC)):        Why is there talk about a hospital

spitzinu(09:54:45 (UTC)):        .?

spitzinu(09:55:09 (UTC)):        Girls 7 and older have sex with no issues.

spitzinu(09:55:22 (UTC)):        I am not beating them.

spitzinu(09:55:48 (UTC)):        Is it that much different with a 14 year old?

spitzinu(09:56:13 (UTC)):        At what age does a hospital not an issue, Lyan?

lyantandeg (09:56:32 (UTC)):     10 years old mike

lyantandeg (09:56:47 (UTC)):     And i already had sex with you

lyantandeg (09:56:59 (UTC)):     You have a big and long..

lyantandeg (09:57:25 (UTC)):     How 9 years old can bear it

lyantandeg (09:58:45 (UTC)):     10 years old for filipino cock,and filipino cock its not big and long like you.. Thats what im thinking now

lyantandeg (09:59:08 (UTC)):     Becouse its my problem if something happen in child not you

lyantandeg (10:01:39 (UTC)):     Its ny resposibility

lyantandeg (10:01:54 (UTC)):     Responsibility if something happen

spitzinu(10:02:43 (UTC)):        Sorry, I got disconnected.

spitzinu(10:03:20 (UTC)):        I understand that this could affect us both.

spitzinu(10:03:21 (UTC)):        <ding>

38

spitzinu(10:04:23 (UTC)):      It is not my intention to get you in trouble.
lyantandeg (10:05:05 (UTC)): Yes i know
spitzinu(10:05:23 (UTC)):      If you think Angel can not handle my cock, then I
                               am wasting our time with these photos.

Evidence of Produced Child Pornography Imported into San Francisco International Airport

27.     I reviewed a report from the San Mateo County Sheriff's Department dated April

27, 2015 pertaining to Michael CLEMANS, date of birth May 26, 1960, after which I learned the

following:

a.      On April 27, 2015, U.S. Customs and Border Protection ("CBP") searched

the belongings of Michael CLEMANS, a U.S. citizen, as he re-entered the United States at San

Francisco International Airport on a flight from Tokyo, Japan. Approximately 18 images of

child pornography were discovered on an iPad belonging to CLEMANS. CBP also found that

CLEMANS was carrying $57,509 cash (U.S. currency) which he had properly declared to CBP.

b.      On April 27, 2015, CLEMANS was placed under arrest for possession of

child pornography by the San Mateo County Sheriff's Department. The arrest report did not

mention the email account spitzinu@yahoo.com.

28.     I reviewed the audio recording made by San Mateo County Sheriff's Department

Detective Andrew Ward on April 27, 2015 of his interview of Michael CLEMANS, date of birth

May 26, 1960, after which I learned the following:

a.      CLEMANS stated that he is an airline pilot who has lived in Bangkok,

Thailand for the past 2 years. CLEMANS previously lived in California.

b.      CLEMANS admitted that he downloads photos from the internet using his iPad and says he apparently has photos on there that he shouldn't have. He says that he downloaded them from a variety of Chinese websites.

c.      CLEMANS stated that he has no fantasies to have sex with 8 year old girls. He also stated that he has never paid any money to obtain child pornography, and he said he will never download child pornography ever again.

d.      CLEMANS also said that when he comes to the United States, he stays at his family's residence in Sacramento, California (the TARGET RESIDENCE).

29.     I reviewed a CD containing copies of the child pornography images found on CLEMANS's iPad by the San Mateo County Sheriff's Department Detective on April 27, 2015 at the San Francisco International Airport after which I learned the following:

a.      There was a photo named "IMG_0617.jpg" which depicted two nude prepubescent females lying side-by-side on a bed spreading their legs wide open, exposing their genitalia. The bedsheets are white in color. In the background is a series of square, light-blue glass wall tiles. Also in the background adjacent to the wall tiles is a white panel containing several buttons that appear to be light switches. The file properties showed that this photo was last modified on November 9, 2014.

b.      There was a photo named "IMG_0616.jpg" which depicted two nude prepubescent females on their hands and knees side-by-side facing away from the camera (rear ends pointed toward the camera) with their legs spread open, exposing their genitalia. The bedsheets and background are identical to the photo named "IMG_0617.jpg" except the light switches are blocked by the head of one of the girls in

40

the photo. The file properties showed that this photo was last modified on November 9, 2014.

      c.    There was a photo named "IMG_0615.jpg" which depicted two nude prepubescent females, one of which is lying on her back with her legs spread open, exposing her genitalia. The other girl is on her hands and knees with her face positioned near the exposed genitalia of the other girl. The bedsheets and background are identical to the photo named "IMG_0617.jpg." The file properties showed that this photo was last modified on November 9, 2014.

30.    I believe that these three above-described photos found on CLEMANS' iPad at the San Francisco International Airport on April 27, 2015 ("The Importation Images") depict child pornography that was newly produced and imported into the United States as a part of the conspiracy between TANDEG and CLEMANS based upon the following:

      a.    One of the prepubescent females depicted in The Importation Images appears to be the same girl named "Angel" depicted in a group of child pornography photos that TANDEG produced for CLEMANS on or about July 24, 2014 that were downloaded by SA Douglas Macfarlane on June 10, 2015 as described above.

      b.    The Importation Images all have a last modified date of November 9, 2014, which suggests that this is the date the photographs were taken. This is the same date that TANDEG told CLEMANS that she completed a photoshoot of prepubescent girls named Angel and Nicole as per the following Yahoo! Messenger chat conversations:

      (October 27, 2014)

41

```
lyantandeg(10:40:07 (UTC)):  I will photo shoot angel with nicole at the same
                             time
spitzinu(10:40:08 (UTC)):    Okay
lyantandeg(10:40:16 (UTC)):  :)
spitzinu(10:40:22 (UTC)):    Okay.
spitzinu(10:40:37 (UTC)):    They could be positioned side by side I guess.
```

(November 7, 2014)

```
lyantandeg(13:18:28 (UTC)):  I been in orphanage today
lyantandeg(13:18:38 (UTC)):  I visit angel and nicole
lyantandeg(13:18:53 (UTC)):  And told about the coming photoshoot
lyantandeg(13:18:59 (UTC)):  They're so happy
```

(November 9, 2014)

```
lyantandeg(13:57:34 (UTC)):  Hi mike
lyantandeg(13:57:50 (UTC)):  Im just done with the photoshoot
lyantandeg(13:57:56 (UTC)):  Its a long photo shoot
spitzinu(13:58:03 (UTC)):    Hi
lyantandeg(13:58:10 (UTC)):  Hi mike
spitzinu(13:58:12 (UTC)):    You are up late.
lyantandeg(13:58:38 (UTC)):  Yes i just got home from photo shoot
spitzinu(13:58:48 (UTC)):    The girls are safely back at the orphanage now?
spitzinu(13:59:00 (UTC)):    Ok
lyantandeg(13:59:15 (UTC)):  Yes
```

c.     The background in The Importation Images matches a hotel room that

TANDEG sometimes used for photoshoots as discussed in Yahoo! Messenger chat

conversations by TANDEG and CLEMANS. In the chats, they described using a hotel

room they called "the James Bond Room" that has a blue background. On June 10, 2015,

SA Douglas Macfarlane searched the internet and found photos of a James Bond-themed

room at the Hotel Sogo Dau located in Angeles City, Philippines. I have reviewed the

42

photos found by SA Macfarlane, and I saw that on the wall next to the bed are the numbers "007" and the word "Skyfall," which is the name of one of the James Bond major motion pictures. The photo of this hotel room at the Hotel Sogo Dau also contains a bed with white sheets, and behind the bed is both is a series of square, light-blue glass wall tiles along with a white panel containing several buttons that appear to be light switches. Thus, I believe that the background of James Bond Room at the Hotel Sogo Dau found by SA Macfarlane appears to precisely match the background of The Importation Images. The following are Yahoo! Messenger chat conversation excerpts between TANDEG and CLEMANS pertaining to the James Bond Room:

(September 17, 2014)

spitzinu(13:09:55 (UTC)):      007 James Bond room has a nice blue lighting

(November 8, 2014)

spitzinu(00:37:31 (UTC)):      Where will you do the photoshoot?
spitzinu(00:37:56 (UTC)):      Do you have enough money to pay the recruiter
                               and oil?
spitzinu(00:37:58 (UTC)):      :)
lyantandeg(00:38:09 (UTC)):    It's fine mike
lyantandeg(00:38:21 (UTC)):    At the hotel
lyantandeg(00:38:33 (UTC)):    Yes i have enough money
lyantandeg(00:39:01 (UTC)):    But i have project in human anatomy subject soon
spitzinu(00:39:06 (UTC)):      If the manager of the James Bond room sees you
                               several times, is there any danger there of
                               suspicion?
spitzinu(00:39:15 (UTC)):      Okay.
spitzinu(00:39:28 (UTC)):      Keep studying with your group.
lyantandeg(00:39:30 (UTC)):    Yes but it's okay

    d.    CLEMANS admits in Yahoo! Messenger chat conversations subsequent to his arrest that he possessed some of the images in his iPad as follows:

(May 4, 2015)

| | |
|---|---|
| spitzinu(14:55:12 (UTC)): | I have been arrested here in the US |
| spitzinu(14:55:14 (UTC)): | :( |
| spitzinu(14:55:19 (UTC)): | Okay |
| lyantandeg(14:55:22 (UTC)): | I will send it to you soon |
| spitzinu(14:55:23 (UTC)): | No problem |
| lyantandeg(14:55:31 (UTC)): | My god |
| spitzinu(14:55:31 (UTC)): | Do not send me anything yet |
| lyantandeg(14:55:33 (UTC)): | Why???? |
| spitzinu(14:55:45 (UTC)): | They confiscated my iPad |
| lyantandeg(14:55:47 (UTC)): | What happened? |
| spitzinu(14:56:03 (UTC)): | I am interested in your situation now |
| spitzinu(14:56:12 (UTC)): | I have not been conficted yet |
| lyantandeg(14:56:31 (UTC)): | How come? |
| spitzinu(14:56:40 (UTC)): | But I will know in a few months how this is going to end for me. |
| spitzinu(14:56:47 (UTC)): | I want you to graduate |
| lyantandeg(14:56:48 (UTC)): | You're keeping pictures in your iPad? |
| spitzinu(14:56:53 (UTC)): | Yes |
| spitzinu(14:57:03 (UTC)): | Do not refer to what is on my iPad |
| lyantandeg(14:57:16 (UTC)): | I will try my best |
| spitzinu(14:57:17 (UTC)): | Let's not talk about that now |

## Evidence of the Continued Conspiracy at THE TARGET RESIDENCE

31.     I again reviewed the records from Yahoo! for the account spitzinu@yahoo.com

that were obtained on June 6, 2015 and I observed the following, among other things:

        a.      A Yahoo! Messenger chat conversation, dated May 4, 2015, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

discuss recent events.  The conversation stated in part:

| | |
|---|---|
| lyantandeg(14:57:36 (UTC)): | Where are you now? |
| spitzinu(14:57:45 (UTC)): | But you are my priority |
| spitzinu(14:57:52 (UTC)): | I am in California |

[later in the chat]

```
spitzinu(15:00:51 (UTC)):      If I am convicted, I will pay the price
spitzinu(15:00:58 (UTC)):      But I will return to you
lyantandeg(15:00:59 (UTC)):  :(
lyantandeg(15:01:09 (UTC)):  My god
spitzinu(15:01:12 (UTC)):      I will not live here in the United States any longer
lyantandeg(15:01:14 (UTC)):  :(
spitzinu(15:01:17 (UTC)):      I want to be with you
```

[later in the chat]

```
spitzinu(15:04:53 (UTC)):      I wanted you to know what has happened so that
                               you do not wonder
spitzinu(15:05:03 (UTC)):      I will let you know as we go along
spitzinu(15:05:13 (UTC)):      Do not buzz me
lyantandeg (15:05:16 (UTC)): Okay mike:(
spitzinu(15:05:21 (UTC)):      Because I do not have my iPad
lyantandeg (15:05:24 (UTC)): Okay
spitzinu(15:05:28 (UTC)):      I am using another computer
spitzinu(15:05:32 (UTC)):      I will contact you.
spitzinu(15:05:37 (UTC)):      Love you babe.
```

      b.    A Yahoo! Messenger chat conversation, dated May 5, 2015, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

further discuss the child pornography production conspiracy. The conversation stated in

part:

```
lyantandeg(22:44:17 (UTC)): I did the photoshoot angel and half japanese
                               together
spitzinu(22:44:21 (UTC)):      good
lyantandeg(22:44:23 (UTC)): She is cute
spitzinu(22:44:25 (UTC)):      i like to compare
lyantandeg(22:44:41 (UTC)): Attractive
spitzinu(22:44:43 (UTC)):      good
spitzinu(22:44:46 (UTC)):      i want her
lyantandeg(22:44:51 (UTC)): Okay
spitzinu(22:45:00 (UTC)):      how much?
```

```
spitzinu(22:45:05 (UTC)):       same director?
lyantandeg(22:45:22 (UTC)):     Not the same director
spitzinu(22:45:24 (UTC)):       virgin?
spitzinu(22:45:26 (UTC)):       okay
spitzinu(22:45:44 (UTC)):       we can discuss it later then
lyantandeg(22:45:47 (UTC)):     Yes virgin
lyantandeg(22:45:47 (UTC)):     Tight hole
spitzinu(22:45:53 (UTC)):       excellent
lyantandeg(22:45:55 (UTC)):     Like angel
spitzinu(22:45:59 (UTC)):       great
lyantandeg(22:46:25 (UTC)):     Okay make yourself free
lyantandeg(22:46:26 (UTC)):     Please
spitzinu(22:46:27 (UTC)):       when will you have free time from university?
```

[later in the chat]

```
spitzinu(22:48:43 (UTC)):       I want to make love with you and the girls
spitzinu(22:48:59 (UTC)):       i think it will be more comfortable for them
spitzinu(22:49:17 (UTC)):       So we can find a nice location
```

[later in the chat]

```
spitzinu(22:50:16 (UTC)):       I want you to upload half of the photos with a new
                                account on dropshots
spitzinu(22:50:22 (UTC)):       when you have time
spitzinu(22:50:36 (UTC)):       I am curious what the mix looks like
lyantandeg(22:50:38 (UTC)):     Okay now problem
spitzinu(22:50:44 (UTC)):       okay
lyantandeg(22:50:44 (UTC)):     But is it okay?
spitzinu(22:50:51 (UTC)):       yes but make a new account
spitzinu(22:50:55 (UTC)):       and password
spitzinu(22:51:02 (UTC)):       use a different name
spitzinu(22:51:05 (UTC)):       and password
```

[later in the chat]

```
yantandeg(22:52:53 (UTC)):      Can you send me extra money mike
lyantandeg(22:52:56 (UTC)):     ?
spitzinu(22:53:03 (UTC)):       you have what to pay for?
lyantandeg(22:53:22 (UTC)):     Just a budget for this month
spitzinu(22:53:28 (UTC)):       Your dorm is paid
```

46

lyantandeg(22:53:28 (UTC)): I already get my salary
lyantandeg(22:53:37 (UTC)): But i have paid thesis
spitzinu(22:53:39 (UTC)):    can you use your salary for food?
lyantandeg(22:53:44 (UTC)): Everyday expenses
lyantandeg(22:53:47 (UTC)): Groceries
spitzinu(22:53:49 (UTC)):    What do you need?
lyantandeg(22:53:55 (UTC)): Foods
lyantandeg(22:54:07 (UTC)): Money for this month only
spitzinu(22:54:24 (UTC)):    How much baby?
lyantandeg(22:54:51 (UTC)): I have to keep my next salary for electricity,water
                            and internet end of this month
lyantandeg(22:56:17 (UTC)): How's your mother now? Is she's okay?
spitzinu(22:56:31 (UTC)):    She is nervous
spitzinu(22:56:33 (UTC)):    :(
spitzinu(22:56:36 (UTC)):    I am too
lyantandeg(22:56:52 (UTC)): Im sorry for that
spitzinu(22:57:08 (UTC)):    Me too.
spitzinu(22:57:27 (UTC)):    I will send you 12,900 pesos
lyantandeg(22:57:31 (UTC)): :(
spitzinu(22:57:33 (UTC)):    is that enough?
lyantandeg(22:57:44 (UTC)): Thanks a lot mike

[later in the chat]

spitzinu(23:01:18 (UTC)):    Lyan TANDEGwill have to bring a government-
                            issued photo ID and the tracking number (MTCN)
                            6164571665to pick up the 12935.56 PHPyou sent.
                            They can pick it up at any agent location in the
                            expected payout area.
lyantandeg(23:01:49 (UTC)): Okay mike


c.     A Yahoo! Messenger chat conversation, dated May 7, 2015, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

further discuss the child pornography production conspiracy. The conversation stated in

part:

lyantandeg(14:16:54 (UTC)): How much for bail?

47

```
spitzinu(14:17:02 (UTC)):      Too much
spitzinu(14:17:03 (UTC)):      :(
spitzinu(14:17:09 (UTC)):      But I paid it
spitzinu(14:17:23 (UTC)):      I am staying with my mother now
lyantandeg(14:17:26 (UTC)):    They don't have evidence
spitzinu(14:17:33 (UTC)):      I will try to return to Thailand soon
lyantandeg(14:17:37 (UTC)):    Do you have a picture with young girls?
spitzinu(14:17:41 (UTC)):      I will find out today
spitzinu(14:17:44 (UTC)):      No
spitzinu(14:17:47 (UTC)):      Not with me
spitzinu(14:17:54 (UTC)):      Just photos off the internet
lyantandeg(14:17:56 (UTC)):    If it's just a picture
spitzinu(14:18:04 (UTC)):      Just picture
spitzinu(14:18:10 (UTC)):      I will find out today
lyantandeg(14:18:15 (UTC)):    Then it's nothing big issues
spitzinu(14:18:35 (UTC)):      Big in this country though
spitzinu(14:18:37 (UTC)):      :(
lyantandeg(14:18:45 (UTC)):    You can tell that you get it from internet
spitzinu(14:18:47 (UTC)):      What is the jap mix name?
lyantandeg(14:18:56 (UTC)):    I see
lyantandeg(14:19:00 (UTC)):    Her name is ishin
spitzinu(14:19:04 (UTC)):      Okay
spitzinu(14:19:10 (UTC)):      how was she with the photos?
spitzinu(14:19:17 (UTC)):      is she ready for sex?
lyantandeg(14:19:17 (UTC)):    She is cute in personal
spitzinu(14:19:20 (UTC)):      curious
lyantandeg(14:19:22 (UTC)):    Cute pussy
spitzinu(14:19:25 (UTC)):      like angel?
lyantandeg(14:19:35 (UTC)):    Yes she's ready
lyantandeg(14:19:48 (UTC)):    Ishin and angel are almost the same
spitzinu(14:20:00 (UTC)):      okay
spitzinu(14:20:02 (UTC)):      great
```

[later in the chat]

```
lyantandeg(14:23:34 (UTC)):    You think the light is good in new photos?
spitzinu(14:23:38 (UTC)):      Yes
spitzinu(14:23:44 (UTC)):      They are good
spitzinu(14:23:55 (UTC)):      send me one of the mixes pussy
lyantandeg(14:23:57 (UTC)):    Okay thank you
spitzinu(14:23:59 (UTC)):      I need to see it
```

48

     d.     A Yahoo! Messenger chat conversation, dated May 8, 2015, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

further discuss the child pornography production conspiracy.  The conversation stated in

part:

```
lyantandeg(13:57:22 (UTC)):  Im uploading it now
spitzinu(13:57:27 (UTC)):    okay
spitzinu(13:57:36 (UTC)):    not to yahoo
lyantandeg(13:57:44 (UTC)):  Yes
spitzinu(13:57:49 (UTC)):    new account only
lyantandeg(13:57:50 (UTC)):  Dropshots[3]
spitzinu(13:57:53 (UTC)):    okay
```

[later in the chat]

```
lyantandeg(14:04:24 (UTC)):  Dropshots can upload 500 photos only
spitzinu(14:04:26 (UTC)):    I wait for your bus ticket tomorrow
spitzinu(14:04:31 (UTC)):    I understand
lyantandeg(14:04:35 (UTC)):  We need to pay if i need to upload more
spitzinu(14:04:36 (UTC)):    find the best you have
spitzinu(14:04:43 (UTC)):    and then upload
lyantandeg(14:04:47 (UTC)):  Okay
spitzinu(14:04:47 (UTC)):    only nude
spitzinu(14:04:53 (UTC)):    not in dresses
spitzinu(14:05:02 (UTC)):    or standing in panties please
lyantandeg(14:05:17 (UTC)):  I see
spitzinu(14:05:21 (UTC)):    Chat with you later then
spitzinu(14:05:25 (UTC)):    Thanks
lyantandeg(14:05:28 (UTC)):  Okay
spitzinu(14:05:28 (UTC)):    Lyan
spitzinu(14:05:37 (UTC)):    I want you to erase our messages
lyantandeg(14:05:41 (UTC)):  Okay
lyantandeg(14:05:45 (UTC)):  I will
```

---

[3] Based upon my training and experience, I know that dropshots or www.dropshots.com is a website where users can upload and share files including photos and videos with other users.

```
lyantandeg(14:05:50 (UTC)):  Take care
spitzinu(14:06:03 (UTC)):    Go to message archive on YM
spitzinu(14:06:12 (UTC)):    and delete these messages
```

    e.    A Yahoo! Messenger chat conversation, dated May 9, 2015, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

further discuss the child pornography production conspiracy. The conversation stated in

part:

```
lyantandeg(01:39:31 (UTC)):  What's wrong with angel
lyantandeg(01:39:33 (UTC)):  Yes
spitzinu(01:39:36 (UTC)):    No problem with angel
spitzinu(01:39:45 (UTC)):    she is the one I want
spitzinu(01:40:09 (UTC)):    but the photo of the girl where I could see into the
                             vagina was not virgin
spitzinu(01:40:18 (UTC)):    Did angel have sex?
spitzinu(01:40:23 (UTC)):    :(
lyantandeg(01:40:23 (UTC)):  It's virgin mike
lyantandeg(01:40:25 (UTC)):  Nooo
spitzinu(01:40:34 (UTC)):    then the mix is not virgin
lyantandeg(01:40:50 (UTC)):  They're both Virgin
spitzinu(01:41:10 (UTC)):    well normally there would be the hymen Lyan
spitzinu(01:41:21 (UTC)):    one of the girls does not have her hymen intact
spitzinu(01:41:23 (UTC)):    :(
spitzinu(01:41:34 (UTC)):    not sure if it is the mix or angel
lyantandeg(01:41:45 (UTC)):  I don't understand
spitzinu(01:41:45 (UTC)):    but I want to be sure it is not angel
spitzinu(01:41:59 (UTC)):    you know what the hymen is, right?
lyantandeg(01:42:07 (UTC)):  Okay email that vagina picture
lyantandeg(01:42:09 (UTC)):  To me
spitzinu(01:42:12 (UTC)):    okay
spitzinu(01:42:20 (UTC)):    just a moment
lyantandeg(01:42:42 (UTC)):  Not now
lyantandeg(01:42:53 (UTC)):  When i return to angeles mike
spitzinu(01:44:41 (UTC)):    her hole is clearly without a hyment
lyantandeg(01:44:49 (UTC)):  It's the mix girl
lyantandeg(01:44:55 (UTC)):  Of course
```

```
lyantandeg(01:45:01 (UTC)):  Her post there is doggy
spitzinu(01:45:03 (UTC)):    a hymen is a flap of skin which covers her vagina
                             hole
spitzinu(01:45:10 (UTC)):    so she is not a virgin
lyantandeg(01:45:25 (UTC)):  I told her to breath a lot so she can open wide her
                             pussy
spitzinu(01:45:32 (UTC)):    the 16 year mix you told me had a tear
lyantandeg(01:45:41 (UTC)):  Look at the other photos of her pussy
spitzinu(01:45:43 (UTC)):    that is okay
lyantandeg(01:45:55 (UTC)):  She is only 12 years old mike
spitzinu(01:45:58 (UTC)):    but usually a hymen is not broken
spitzinu(01:46:13 (UTC)):    but maybe she already had sex is my point
lyantandeg(01:46:20 (UTC)):  No
lyantandeg(01:46:28 (UTC)):  She's to young to have sex
spitzinu(01:46:35 (UTC)):    and angel?
spitzinu(01:46:41 (UTC)):    too young yet?
lyantandeg(01:46:47 (UTC)):  Yes
spitzinu(01:46:49 (UTC)):    the mix at least is taller
lyantandeg(01:47:02 (UTC)):  No i mean here
lyantandeg(01:47:21 (UTC)):  Look at the other photos of mix pussy
spitzinu(01:47:25 (UTC)):    okay
spitzinu(01:47:27 (UTC)):    I will
lyantandeg(01:47:34 (UTC)):  Give me 15 minutes mike
spitzinu(01:47:34 (UTC)):    I was concerned about this photo
```

[later in the chat]

```
lyantandeg(02:18:36 (UTC)):  Dis you check the other photos?
spitzinu(02:18:51 (UTC)):    I had a chance earlier
spitzinu(02:19:08 (UTC)):    there is no evidence of the mix having her hymen
                             intact
spitzinu(02:19:09 (UTC)):    :(
spitzinu(02:19:15 (UTC)):    no problem
spitzinu(02:19:32 (UTC)):    but you saw the other mix and you told me her
                             hymen was torn by the guard
lyantandeg(02:19:47 (UTC)):  For me she is 100% virgin
spitzinu(02:19:48 (UTC)):    I assumed you knew what I was looking for
spitzinu(02:19:54 (UTC)):    okay
spitzinu(02:19:58 (UTC)):    no problem
spitzinu(02:20:12 (UTC)):    I am only interested in angel at this point
```

51

f.      A Yahoo! Messenger chat conversation, dated May 13, 2015, between

Seller Account lyantandeg@rocketmail.com and spitzinu@yahoo.com in which they

further discuss the child pornography production conspiracy.  The conversation stated in

part:

    lyantandeg(14:52:55 (UTC)):  Never ever keeps pictures again
    spitzinu(14:53:00 (UTC)):     Yes
    lyantandeg(14:53:11 (UTC)):  Yes
    spitzinu(14:53:13 (UTC)):     It is dangerous to carry them around
    lyantandeg(14:53:25 (UTC)):  I have greeted her
    spitzinu(14:53:30 (UTC)):     Expecially when going through immigration check
                                  points
    lyantandeg(14:53:30 (UTC)):  Yes
    lyantandeg(14:53:44 (UTC)):  Yes
    spitzinu(14:53:50 (UTC)):     They have to be sent through DropBox
    lyantandeg(14:54:02 (UTC)):  I see
    spitzinu(14:54:15 (UTC)):     and stored on a drive and hidden at home
    spitzinu(14:54:25 (UTC)):     never travel with them

g.      A Yahoo! email, dated May 27, 2015, from spitzinu@yahoo.com

lyantandeg@rocketmail.com.  The email contained both a message from

spitzinu@yahoo.com and the prior message from lyantandeg@rocketmail.com to which

he was responding to.  The text of the email was as follows:

    Great news, Lyan.  I am out of town for the moment.  I will chat with you when I
    return on Friday.  When can you do a photoshoot with her and Angel?

    On Wednesday, May 27, 2015 5:24 AM, lyan TANDEG
    <lyantandeg@rocketmail.com> wrote:

    hi miike, her name is sandy. 10 years old. half chinese half filipino. her mother
    passed away after giving birth of her. her father is from china and have other
    family in china. the orphanage saved her.

52

**32.**     Included in the search warrant information for spitzinu@yahoo.com that I reviewed were the IP addresses for logins to that Yahoo! account from April 28, 2015 (the day after CLEMANS was arrested in California) until May 30, 2015. The records show that the account was access a total of 49 times during this time period, and all of the logins were made from IP address 76.217.153.104. I have reviewed subpoena results from AT&T Internet Services, Inc. dated July 1, 2015 that showed that AT&T IP address 76.217.153.104 for two selected dates of May 7, 2015 and May 20, 2015 was assigned to the internet connection at the TARGET RESIDENCE. The subscriber to this account was Millie Clemans. Public records revealed that Millie Clemans is an 80 year old woman and is the mother of Michael CLEMANS.

40.     A check with the Division of Motor Vehicles on or about July 14, 2015 revealed that an individual named Michael CLEMANS with a date of birth of May 26, 1960 resides at the SUBJECT PREMISES. However, the most recent application or renewal of CLEMANS' license was in February 2012, and it is unclear whether this information was provided then or is more current.

41.     On July 10, 2015, I observed the TARGET RESIDENCE. It appeared to be unoccupied at the time, with the window coverings closed. I spoke with the mail carrier who delivered mail at the TARGET RESIDENCE. The mail carrier stated that Michael CLEMANS receives mail at the TARGET RESIDENCE. The mail carrier had seen CLEMANS at the TARGET RESIDENCE in the past few weeks, and identified a picture of CLEMANS as the man he had seen. The mail carrier indicated that there was currently a vacation hold on the mail for the TARGET RESIDENCE, and that this had been a semi-regular occurrence recently.

42.     Further surveillance conducted by other law enforcement of the SUBJECT PREMISES on or about July 14, 2015 revealed that the window blinds had been opened and the residence appeared to be occupied.  The mail carrier was again contacted and advised that the vacation hold had expired and mail was again being delivered to the TARGET RESIDENCE.

43.     A search of CLEAR information database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.) was conducted for Michael CLEMANS.  These public records showed the SUBJECT PREMISES as the address of record for CLEMANS as of June 2015.  There were no other current United States addresses listed for CLEMANS.

## CHARACTERISTICS COMMON TO INDIVIDUALS WHO HAVE A SEXUAL INTEREST IN CHILDREN OR WHO PRODUCE, RECEIVE AND/OR POSSESS CHILD PORNOGRAPHY

44.     Based on my previous investigative experience related to child exploitation investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know there are certain characteristics common to individuals who have a sexual interest in children and/or produce, receive, or possess images of child pornography:

a.     Individuals who have a sexual interest in children and/or produce, receive, or possess images of child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children, or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media, or from literature describing such activity.

b.     Individuals who have a sexual interest in children and/or produce, receive, or possess images of child pornography may collect sexually explicit or suggestive

54

materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

        c.      Individuals who have a sexual interest in children and/or produce, receive, or possess images of child pornography almost always possess and maintain their hard copies of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location. Individuals who have a sexual interest in children or images of children typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

        d.      Likewise, individuals who have a sexual interest in children and/or produce, receive, or possess images of child pornography often maintain their child pornography images in a digital or electronic format in a safe, secure and private environment, such as a computer and surrounding area. These child pornography images are often maintained for several years and are kept close by, usually at the possessor's residence, inside the possessor's vehicle, or, at times, on their person, to enable the individual to view the child pornography images, which are valued highly. (See

paragraph 31(f), wherein CLEMANS discusses keeping child pornography "stored on a drive and hidden at home.")

    e.    Individuals who have a sexual interest in children and/or produce, receive, or possess images of child pornography also may correspond with and/or meet others to share information and materials, rarely destroy correspondence from other child pornography distributors/possessors, conceal such correspondence as they do their sexually explicit material, and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

    f.    Individuals who have a sexual interest in children and/or produce, receive, or possess images of child pornography prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world. Thus, even if CLEMANS uses a portable device (such as a mobile cell phone) to access the internet and child pornography, it is more likely than not that evidence of this access will be found in his home, the SUBJECT PREMISES, as further described in Attachment A]

## CONCLUSION

45.    Based on the foregoing, I believe there is probable cause to believe that the federal criminal statutes cited herein have been violated, and that the contraband, property, evidence, fruits and instrumentalities of these offenses, more fully described in Attachment B of this Affidavit, are located at the SUBJECT PREMISES, described in Attachment A. I respectfully request that this Court issue a search warrant for the SUBJECT PREMISES,

authorizing the seizure and search of the items described in Attachment B.

46.     Further, based upon the foregoing probable cause statement, I request that an arrest warrant be issued for **Michael Carey CLEMANS** for Attempted Receipt of Child Pornography, in violation of Title 18, United States Code §§ 2252(a)(2), (b)(1); and Attempted Production Child Pornography and Conspiracy to Produce Child Pornography, in violation of Title 18, United States Code §§ 2251(a), (c), and (e), in conjunction with Title 18, United States Code § 2, aiding and abetting.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

## REQUEST FOR SEALING

47.    Since this investigation is continuing, disclosure of the search warrant, this affidavit and/or the application, and the attachments thereto, will jeopardize the progress of an ongoing investigation.  Accordingly, I request that the Court issue an order that the search warrant, the affidavit in support of the application for the search warrant, and all attachments thereto be filed under seal until further order of this Court.

SCOTT A. H. SCHOFIELD
Special Agent
Federal Bureau of Investigation

Approved as to form by

JOSH FRANKLIN SIGAL
Special Assistant United States Attorney

Sworn and subscribed before me this 22th day of July, 2015.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF CALIFORNIA

## **ATTACHMENT A**

### **DESCRIPTION OF LOCATION TO BE SEARCHED**



07/21/2015 13:08

The location known as 700 Blackmer Circle, Sacramento, California 95825 is identified as follows: A single-story residence with blue siding and white trim located at the corner of Sierra Boulevard and Blackmer Circle. The garage door and driveway face south toward Sierra Boulevard, but the front door faces west toward Blackmer Circle. The numerals "700" can be seen in black lettering next to the front door.

The premises to be searched includes all rooms, attics, basements, and other parts therein, the surrounding grounds and any garages, storage rooms, trash containers, outbuildings and vehicles of any kind located thereon or in the possession of the occupants of 700 Blackmer Circle, Sacramento, California 95825 and any storage units/outbuildings.

A-1

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 2251, 2252, 2252A, and 2422:

1. Computers or storage media used as a means to commit the violations described above.

2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. evidence of the lack of such malicious software;

B-1

d.  evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e.  evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f.  evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g.  evidence of programs (and associated data) that are designed to eliminate data from the COMPUTER;

h.  evidence of the times the COMPUTER was used;

i.  passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j.  documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k.  records of or information about Internet Protocol addresses used by the COMPUTER;

l.  records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine or file transfer application, and records of user-typed web addresses; and

m.  contextual information necessary to understand the evidence described in this attachment.

B-2

3. Routers, modems, and network equipment used to connect computers to the Internet.

4. Child pornography and child erotica, including any information regarding the identities or locations of the victim(s) depicted.

5. Records, information, and items relating to violations of the statutes described above including

    a. Records, information, and items relating to the occupancy or ownership of 700 Blackmer Circle, Sacramento, California 95825 including utility and telephone bills, mail envelopes, or addressed correspondence; Records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes;

    b. Records and information relating to the identity or location of the persons suspected of violating the statutes described above;

    c. Records of foreign travel and any records indicating where any portion of the violations described above were committed, to include any indication of involvement while in foreign countries;

    d. Records and information relating to sexual exploitation of children, including correspondence and communications between various Seller and Buyer Accounts; and

    e. Records of payments to persons or entities overseas, to include the usernames and passwords to any online bank or other financial institution accounts.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

B-4