BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00151 |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING PRELIMINARY HEARING<br>) DATE |
| MICHAEL CAREY CLEMANS, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on August 7, 2015.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 4, 2015, at 2:00 p.m.
3. The parties need further time to discuss this matter, discuss any potential consequences in light of the facts set forth in the complaint affidavit, and to allow counsel for the defendant

Stipulation to Continue       1       United States v. Clemans

reasonable time necessary for preparation and further investigation.

4. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from July 28, 2015, through and including September 4, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: July 28, 2015   /s/ *Josh F. Sigal*
JOSH F. SIGAL
Special Assistant U.S. Attorney

DATED: July 28, 2015   /s/ *Daniel Olmos*
DANIEL OLMOS
Attorney for Michael Carey Clemans

**ORDER**

IT IS SO FOUND AND ORDERED, this 28th day of July, 2015.

Dated: July 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
cleman0151.stip.cont.PX