1 | BENJAMIN B. WAGNER
  | United States Attorney
2 | JOSH F. SIGAL
  | Assistant United States Attorney
3 | 501 I Street, Suite 10-100
  | Sacramento, CA 95814
4 | Telephone: (916) 554-2700
  | Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
  | United States of America
7 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0151 AC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MICHAEL CAREY CLEMANS, | DATE: October 22, 2015 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Edmund F. Brennan |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 20, 2015. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by excluding this period of time in which an indictment must be returned outweigh the best interests of the public and the defendant in the speedy return of an indictment and a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/////

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to November 19, 2015, at 2:00 p.m.

2. The time between October 22, 2015, and November 19, 2015, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: October 20, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE