1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON BRADFORD & OLMOS LLP
2  600 University Avenue
   Palo Alto, CA 94301
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Michael Carey Clemans

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL CAREY CLEMANS,<br><br>　　　　Defendant. | Case No.: CR 2:15-MJ-0151 AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND TO EXCLUDE TIME** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Special Assistant United States Attorney Josh Sigal, and Defendant Michael Carey Clemans, through his attorney of record Daniel Olmos, that the time for preliminary hearing be extended from November 19, 2015, at 2:00 p.m., to December 3, 2015, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

The Complaint in this matter was filed on July 22, 2015, and Defendant Clemans first appeared before the Court on July 24, 2015. The preliminary hearing is currently set for November 19, 2105. The parties stipulate and agree that a continuance of the preliminary hearing date is necessary because undersigned defense counsel needs additional time to review discovery provided by the Government and to investigate the defense case. In addition, defense counsel has had an unexpected conflict arise in a federal criminal case out of the state, so a continuance of the

November 19 date is also necessary to ensure continuity of counsel. The parties further agree that the interests of justice served by excluding the period of time between November 19 and December 3, 2015, outweigh the interests of the public and the defendant in the speedy return of an indictment and a speedy trial. 18 U.S.C. §3161(h)(7)(A).

The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 19 and December 3, 2015, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED:


Dated: November 17, 2015        NOLAN BARTON BRADFORD & OLMOS LLP


   /S/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Michael Carey Clemans


Dated: November 17, 2015


   /S/ Josh F. Sigal
Josh F. Sigal
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CAREY CLEMANS,<br><br>Defendant. | Case No.: CR 2:15-MJ-0151 AC<br><br>**ORDER TO EXTEND TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND TO EXCLUDE TIME** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the preliminary hearing now scheduled for November 19, 2015, at 2:00 p.m. is continued to December 3, 2015, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d). The parties shall appear at that date and time before the Magistrate Judge on duty. The Court finds that interests of justice served by excluding this period of time in which an indictment must be returned outweigh the best interests of the public and defendant in a speedy return of an indictment and a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

IT IS SO ORDERED.

Dated: November 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE